# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

WASHINGTON, D.C.     NEW YORK     PHILADELPHIA     DENVER

321 WEST 44TH STREET
SUITE 510
NEW YORK, NY 10036
(212) 850-6100 PHONE
(212) 850-6299 FAX
www.lskslaw.com

WRITER'S DIRECT DIAL
212-850-6123
aleith@lskslaw.com

October 1, 2009

**VIA FACSIMILE (212) 805-7906**

Hon. Denny Chin
United States District Court
Southern District of New York
500 Pearl Street, Room 1020
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/09
```

    Re:    *Stadt v. Fox News Network LLC*
           Docket No.: 09-CV-07910

Dear Judge Chin:

    We represent defendant Fox News Network LLC in the above referenced matter. We are aware that plaintiff has filed a Proof of Service indicating that Fox was served on September 15, 2009, which would make defendant's response to the Complaint due October 5, 2009.

    Defendant disputes that such service was effective. However, the parties have agreed that defendant will accept service, and will file and serve its response to the Complaint on or before November 2, 2009. Pursuant to Rule 1.E of Your Honor's Individual Practices, defendant therefore respectfully requests that the Court extend its time to answer or otherwise respond to the Complaint until November 2, 2009. Defendant has not requested any previous extensions and plaintiff has, through counsel, consented to this response date. To defendant's knowledge, no scheduling order has been issued in this case, thus the requested extension will not affect any other scheduled dates.

Respectfully submitted,

**APPLICATION GRANTED.**
**SO ORDERED**

*/s/ Denny Chin*
Denny Chin, U.S.D.J.
10/2/09

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

By */s/ Amanda M. Leith*
Amanda M. Leith (AL-3756)
Attorneys for Defendant

cc:    Richard A. Hubell, Esq.
       (via facsimile (212) 661-9036)