UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH R. STADT,<br><br>    Plaintiff,<br><br>vs.<br><br>FOX NEWS NETWORK LLC,<br><br>    Defendant. | Civil Case No. 09-cv-07910-DC<br>ECF Case<br><br>**NOTICE OF MOTION**<br>**TO DISMISS** |

   PLEASE TAKE NOTICE that, upon the accompanying memorandum, dated January 8, 2010, the Declaration of Amanda M. Leith, dated January 8, 2010, and upon all the prior pleadings and proceedings herein, Defendant Fox News Network, L.L.C., will move this Court, in the United States Courthouse, 500 Pearl Street, New York, New York for an order dismissing the second through seventh causes of action asserted in the Amended Complaint in this action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that they are preempted under 17 U.S.C. § 301 and/or fail to state a claim as a matter of law, and for such other and further relief as the Court may deem just and appropriate.

Dated: New York, New York
    January 8, 2009

Respectfully submitted,

  /s/  Amanda M. Leith

Lee Levine (admitted *pro hac vice*)
Christopher P. Beall (admitted *pro hac vice*)
Amanda M. Leith (AL-3756)
Levine Sullivan Koch & Schulz, L.L.P.
321 West 44th Street, Suite 510
New York, NY 10036
(212) 850-6100
(212) 850-6299
aleith@lskslaw.com

*Attorneys for Fox News Network, L.L.C.*