UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

KENNETH R. STADT,

        Plaintiff,

vs.

FOX NEWS NETWORK LLC,

        Defendant.

Civil Case No. 09-cv-07910
ECF Case

**DECLARATION OF
AMANDA M. LEITH
IN SUPPORT OF MOTION
TO DISMISS**

I, Amanda M. Leith, hereby declare, under penalty of perjury as follows:

1. I am associated with the firm of Levine Sullivan Koch & Schulz, L.L.P., counsel herein for defendant Fox News Network L.L.C. ("Fox"). I make this declaration in support of Fox's motion to dismiss.

2. Attached hereto as Exhibit A is a true and correct copy of the January 8, 2009 License Agreement, previously submitted to the Court by the Plaintiff as an attachment to the November 20, 2009 letter of Richard Hubell.

3. Attached hereto as Exhibit B is a true and correct copy of the March 24, 2009 Extension Agreement, previously submitted to the Court by the Plaintiff as an attachment to the November 20, 2009 letter of Richard Hubell.

4. Attached hereto as Exhibit C is a true and correct copy of the November 3, 2009 letter of Richard Hubell to the Court.

5.      Attached hereto as Exhibit D is a true and correct copy of *CBS Broad. Inc. v. Counter Group*, No. 05 Civ. 7946, Slip Op. (S.D.N.Y. Oct. 15, 2001).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 8, 2010.

_____
Amanda M. Leith