RICHARD A. HUBELL, ESQ. (RAH 2306)
HUBELL & ASSOCIATES LLC
ATTORNEYS FOR PLAINTIFF
100 PARK AVENUE, 20th FLOOR
NEW YORK, NEW YORK 10017
(212) 682-7195

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KENNETH R. STADT,

                      Plaintiff,

- against -

FOX NEWS NETWORK LLC,

                      Defendant.

------------------------------------------------------------X

CIVIL ACTION NO.:
09 CIV 7910( SS)

**STIPULATION AND
ORDER OF DISMISSAL**

[SDNY filing stamp: SEPT 15 2010, JUDGE SCHEINDLIN, DOCUMENT ELECTRONICALLY FILED, DOC #: ___, DATE FILED: 9/15/10]

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the respective parties that the above-entitled action, including all claims and counterclaims (if any), be and the same is hereby dismissed, with prejudice and without costs or attorneys' fees to any party.

IT IS FURTHER STIPULATED AND AGREED, that this stipulation may be executed in counterparts and via facsimile, with facsimile signatures deemed as originals.

Dated: New York, New York

September 13, 2010

HUBELL & ASSOCIATES, LLC            LEVINE SULLIVAN KOCH &
                                                                    SCHULZ, LLP

By: _____           By: _____

{00334687;v1}

Richard Hubell, Esq.
*Attorneys for Plaintiff*
100 Park Avenue, 20th Floor
New York, NY 10017
(212) 682-7195

Lee Levine
*Attorneys for Defendant*
321 West 44th Street, Suite 510
New York, New York 10036
(212) 850-6100

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

9/15/10
Date